CHAIX
*vs.*
VILLEJOIN.

## CHAIX *vs.* VILLEJOIN.

APPEAL FROM THE COURT OF THE FIFTH JUDICIAL DISTRICT, THE JUDGE
THEREOF PRESIDING.

Where the evidence establishes, that the wife was in the habit, with
the knowledge of her husband, and accustomed to make purchases for
the use of the family, and he did not object thereto, but had often paid
such bills, he will be still bound to pay the amount of such purchases.

This is an action on a store account, annexed to the petition, in which the plaintiff claims from the defendant, the sum of three hundred and twenty-three dollars and sixty-four cents, for goods and merchandise, sold and delivered to the latter in person, and to his wife.

The defendant pleaded a general denial; and averred, that if the articles charged in the petition, were sold to any person, they were not sold or delivered with his knowledge and consent, nor were they sold and delivered to any person, with his authority; that if said goods were purchased by his wife, he is not chargeable with them, as it was at a time when she abandoned his domicil, and was not under his control, &c., which facts were known to the plaintiff; and that he never authorised her to purchase goods. He prays, that the plaintiff's demand be rejected.

The evidence showed, that the defendant purchased a few of the articles himself, and that the remainder were purchased by his wife, but with his knowledge, and without notifying the plaintiff not to sell to her.

The defendant offered in evidence, a suit instituted by his wife, for a separation of bed and board, which suit was filed and dismissed, after the date when the last articles purchased, were delivered.

The plaintiff produced a notice, published by the defendant, notifying all persons whatever, not to trust or give credit to his wife, on his account, as she had abandoned him. The

date of this notice was, the 24th March, 1832, and the last
of the purchases were made the 4th of the same month and
year.

The district judge gave judgment in favor of the plaintiff,
for the whole amount of his account, with legal interest, from
judicial demand. The defendant appealed.

This cause was submitted to the court without argument,
by *Mr. Crow* and *Mr. Brownson*, for the plaintiff, and by *Mr.
Lewis*, for the defendant.

*Martin, J.* delivered the opinion of the court.

The defendant is appellant from a judgment, by which
the plaintiff recovered the amount of certain articles of
merchandise, sold and delivered by the latter, to the wife of
the former, who denied she had any authority from him to
make the purchase.

The case turns on the mere question of fact, whether such
an authority was given by the husband to the wife, as would
charge the former.

The district judge, who tried the cause, thought the
evidence fully established, that the wife was in the habit, and
with the knowledge of her husband, accustomed to make
purchases for the use of the family; and that he did not
object thereto, but often made payments for such articles.

It does not appear to us, the judge erred.

*Where the evidence establishes that the wife was in the habit, with the knowledge of her husband, and accustomed to make purchases for the use of the family, and he did not object thereto, but had often paid such bills, he will be still bound to pay the amount of such purchases.*

It is, therefore, ordered, adjudged and decreed, that the
judgment of the District Court be affirmed, with costs.